# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

RUDOLFO VILLAREAL  
Reg. #24422-045                                                                                  PETITIONER

v.                          Case No. 2:17-cv-00078-KGB/JTK

GENE BEASLEY, Warden,  
FCI-Forrest City                                                                                 RESPONDENT

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that petitioner Rudolfo Villareal's petition for writ of habeas corpus is dismissed without prejudice.

So adjudged this the 19th day of April, 2018.

_____  
Kristine G. Baker  
United States District Judge